**No. 54199.**—Caron Corp. *v.* United States, protests 143524–K, 145028–K, and 151345–K (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.